## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BREAKING GLASS PICTURES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-99 )<br>)<br>Defendants. )<br>_____) | CA. 2:13-cv-389<br><br>Judge Frost |

## MOTION FOR LEAVE TO TAKE DISCOVERY
## PRIOR TO RULE 26(f) CONFERENCE

Plaintiff, by counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum in Support filed in conjunction with this Motion. Plaintiff requests a hearing on this matter, if necessary, on an expedited basis.

Respectfully submitted,

PLAINTIFF BREAKING GLASS PICTURES

By its attorney,

By: **/s/ Douglas Riddell**
Douglas E. Riddell (Ohio Sup. Ct. #0079839)
1441 King Ave. Ste. 100
Columbus, Ohio 43212
riddellde@gmail.com
D: (614) 361-2804
F: (614) 859-5016

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

<u>**/s/ Douglas Riddell**</u>